J. M. LANGFORD, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Opinion Filed February 14, 1925.

A Writ of Error to the Circuit Court for Polk County; John S. Edwards, Judge.

*J. W. Brady,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *J. B. Gaines,* Assistant Attorney General, for the State.

PER CURIAM.—J. M. Langford took writ of error to a judgment convicting him of larceny of one red steer. The

testimony is of such a nature that the court is of the opinion that justice will be subserved by granting a new trial. Moore v. State, 81 Fla. 642, 88 South. Rep. 320.

Reversed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE, WEST AND TERRELL, J. J., concur.